IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01083-SKC

CATHERINE CHORNEY, an individual,

    Plaintiff,

v.

COLORADO SCHOOL OF MINES,
COLIN A. TERRY, Ph.D., individually and as an agent of COLORADO SCHOOL OF MINES,
JOHN G. SPEER, Ph.D., individually and as an agent of COLORADO SCHOOL OF MINES,
KAREN ABT, individually and as an agent for the COLORADO SCHOOL OF MINES,
THOMAS M. BOYD, Ph.D., individually and as an agent for the COLORADO SCHOOL OF MINES, and
JOHN DOES 1–10, individually and as agents for the COLORADO SCHOOL OF MINES,

    Defendants.

---

UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

---

Defendants Colorado School of Mines, Colin A. Terry, Ph.D., John G. Speer, Ph.D., Karen Abt, and Thomas M. Boyd, Ph.D., by and through undersigned counsel, hereby move for the withdrawal of Kimberly S. Sorrells as counsel for Defendants, and in support, state:

1.   D.C.COLO.LCivR 7.1(A) Certification of Conferral: Undersigned Cara Morlan has conferred with Plaintiff's counsel, who does not oppose the requested relief.

2.   Kimberly S. Sorrells has resigned from the Office of the Colorado Attorney General. Jacquelynn Rich Fredericks and Cara Morlan have entered their appearances on behalf of Defendants Colorado School of Mines, Colin A. Terry, Ph.D., John G. Speer, Ph.D., Karen Abt, and Thomas M. Boyd, Ph.D. (ECF Nos. 11 and 14), and will handle the defense of this lawsuit going forward.

3.   Under D.C.COLO.LAttyR 5(b), notice of Kimberly S. Sorrells' withdrawal as defense counsel in this lawsuit has been provided to Defendants, and Defendants and Plaintiff's counsel are listed on the Certificate of Service below.

For these reasons, Defendants move the Court for an order granting the withdrawal of Kimberly S. Sorrells as counsel for Defendants Colorado School of Mines, Colin A. Terry, Ph.D., John G. Speer, Ph.D., Karen Abt, and Thomas M. Boyd, Ph.D.

Respectfully submitted this 13th day of May, 2019.

PHILIP J. WEISER
Attorney General

*s/ Jacquelynn Rich Fredericks*
JACQUELYNN RICH FREDERICKS*
Assistant Attorney General
*s/ Cara Morlan*
CARA MORLAN, Reg. No. 39082
Assistant Attorney General

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Email:   cara.morlan@coag.gov
Email:  Jacquelynn.RichFredericks@coag.gov
Telephone: 720-508-6000
*Counsel of Record


Attorneys for Defendants Colorado School of Mines, Colin A. Terry, Ph.D., John G. Speer, Ph.D., Karen Abt, and Thomas M. Boyd, Ph.D.

CERTIFICATE OF SERVICE

I certify that I served the within UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL upon all parties herein by e-filing and service through the CM/ECF system maintained by the court this 13th day of May, 2019, which will provide notice as follows:

| | |
|---|---|
| Jeffrey Cohen, #10876<br>Kevin L. Opp, #36607<br>COHEN, LLC<br>Colorado State Bank Building<br>1600 Broadway, Suite 1660<br>Denver, CO 80202<br>E-mail: jcohen@cohentrial.com<br>        kopp@cohentrial.com | Copy provided by email to:<br>Michelle Merz-Hutchinson<br>Deputy General Counsel<br>Colorado School of Mines<br>Office of Legal Services<br>1500 Illinois Street<br>Golden, CO 80401 |

*s/ Laurie A. Merrick*